# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRITTANY HARVEY, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>RESURRECTION UNIVERSITY,<br><br>           Defendant. | Case No. 1:21-cv-03203<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge Jeffrey I. Cummings |

## JOINT STATUS REPORT

Plaintiff Brittany Harvey and Defendant Resurrection University submit this joint status report in accordance with the Court's March 29, 2023, Minute Order, Dkt. No. 54 to update the Court regarding the status of the settlement in the related case, *Veiga v. Respondus*, No. 1:21-cv-02620. Settlement of the *Veiga* case, if ultimately approved by an Illinois state court, would have the effect of resolving the Plaintiff's claims in this matter.

A settlement agreement in *Veiga* was finally signed by all parties on April 20, 2023. A copy of the settlement agreement is attached as Exhibit A. Pursuant to the terms of the *Veiga* settlement agreement, the parties have filed an action in state court in DuPage County and will file a Motion for Preliminary Approval by no later than May 4, 2023. Due to this delay, the parties to this action are unable to comply with the Court's request in its Minute Order to attach a copy of that motion. The parties continue to believe it would be most efficient for the parties and the Court to continue the stay of this matter until resolution of the proposed class settlement in *Veiga*. Plaintiff and Defendant suggest that they again provide an update in 90 days to keep the Court apprised.

1

Dated: April 27, 2023

By: */s/ Raina C. Borrelli*
    Raina C. Borrelli
    Mary C. Turke
    Samuel J. Strauss
    TURKE & STRAUSS LLP
    613 Williamson St., Suite 201
    Madison, Wisconsin 53703
    Telephone: (608) 237-1775
    Facsimile: (608) 509-4423
    Email: mary@turkestrauss.com
    Email: sam@turkestrauss.com

    Brian K. Murphy (6225697)
    Jonathan P. Misny
    MURRAY MURPHY MOUL + BASIL LLP
    1114 Dublin Road
    Columbus, Ohio 43215
    Telephone: (614) 488-0400
    Facsimile: (614) 488-0401
    Email: murphy@mmmb.com
    Email: misny@mmmb.com

    Anthony I. Paronich
    PARONICH LAW, P.C.
    350 Lincoln St., Suite 2400
    Hingham, Massachusetts 02043
    Telephone: (508) 221-1510
    Email: anthony@paronichlaw.com

    *Attorneys for Plaintiff*

By: */s/ Michael D. Hayes*
    Michael D. Hayes
    HUSCH BLACKWELL LLP
    120 South Riverside Plaza, Suite 2200
    Chicago, IL 60606-4473
    Telephone: (312) 655-1500
    Fax: Active
    michael.hayes@huschblackwell.com

    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 27th day of April, 2023.

                           TURKE & STRAUSS LLP

                        By: */s/ Raina C. Borrelli*
                             Raina C. Borrelli
                             raina@turkestrauss.com
                             TURKE & STRAUSS LLP
                             613 Williamson St., Suite 201
                             Madison, WI 53703
                             Telephone: (608) 237-1775
                             Facsimile: (608) 509-4423