**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Brittney Harvey

                        Plaintiff,

v.                                                    Case No.: 1:21−cv−03203
                                                      Honorable Mary M. Rowland

Resurrection University

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 18, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Pursuant to the Stipulation of Dismissal, all claims against all parties are dismissed with prejudice. Each party shall bear his or its own costs. Any pending deadlines are stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.